In the Matter of JOSEPH FLORKE et al., Appellants, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, et al., Respondents.

Argued August 6, 1942; decided August 6, 1942.

*Copal Mintz* and *Benjamin C. Ribman* for appellants.

*Allen Goodwin* for Marion Shapiro, respondent.

Order affirmed, without costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and DESMOND, JJ.